**REESE LLP**
Michael R. Reese (Cal. State Bar No. 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
*mreese@reesellp.com*

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felicia Toth, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>SC Johnson & Son, Inc.<br>and Method Products, PBC.<br><br>                    Defendants. | Case No. 20-3553-EMC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i) |

Plaintiff Felicia Toth ("Plaintiff") hereby provides notice that pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i) Plaintiff hereby dismisses her above-captioned action without prejudice.

Respectfully submitted,

Dated:  November 24, 2020  **REESE LLP**

*Michael R. Reese*
Michael R. Reese

*Counsel for Plaintiff Felicia Toth*

